John Hann, Plaintiff-Appellant, v. Edna Milla, Defendant-Appellee.

Gen. No. 51,791. (Abstract of Decision.)

First District, Second Division.

May 14, 1968.

Sprague and Carlson, of Chicago (Martin T. Langan, of counsel), for appellant; L. Bow Pritchett, Jr., Pretzel, Stouffer, Nolan & Rooney, of Chicago (Joseph B. Lederleitner, of counsel), for appellee. Opinion by JUSTICE McNAMARA. Not to be published in full.